USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8/14/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CHARLES WILLIAMS,                   :
                                    :
                Plaintiff,          :
                                    :   08 Civ. 2829(PKC)(THK)
        -against-                   :
                                    :          ORDER
                                    :
LAVEL SAUNDERSON,                   :          Pro Se
                                    :
                                    :
                Defendants.         :
------------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This case having been referred to this Court for general pretrial supervision; it is hereby ORDERED that a pretrial telephone conference shall be held on September 12, 2008 at 10:00 a.m. Defendants' counsel shall arrange with the correctional facility in which Plaintiff is incarcerated to have Plaintiff Charles Williams, No. 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, made available for this conference. Defendants' counsel shall initiate the conference call. The parties should be prepared to discuss a plan and schedule for completion of pretrial discovery.

So Ordered.

_____
Theodore H. Katz
United Magistrate Judge

Dated: August 14, 2008
       New York, New York